UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

Shaleah Black,

        Plaintiff,

vs.                              Case No.  3:11-cv-154-J-MCR

Smith, Dean & Associates, Inc.,

        Defendant.
_____/

## O R D E R

**THIS CAUSE** is before the Court on Defendant's Motion to Withdraw as Counsel (Doc. 26) and Suggestion of Chapter 11 Bankruptcy (Doc. 27) filed October 11, 2011 and October 18, 2011, respectively.

With regard to the Suggestion of Chapter 11 Bankruptcy (Doc. 27), Defendant Smith, Dean & Associates, Inc. advised the Court that it filed a voluntary petition for relief under Chapter 11, Title 11, of the United States Code with the United States Bankruptcy Court for the Middle District of Florida, case number 3:11-bk-07453.  An automatic stay is therefore in effect pursuant to 11 U.S.C. § 362, preventing certain action from being taken against Defendant/Debtor or property of the Defendant/Debtor subject to the exceptions set forth therein.

With regard to Defendant's Motion to Withdraw as Counsel (Doc. 26), the law firm of Anderson | Pinkard seeks to withdraw from representing Defendant Smith, Dean & Associates, Inc.  Counsel represents that the appropriate notice pursuant to Local

Rule 2.03(b) of the Local Rules for this Court has been provided to Defendant and opposing counsel.

As Defendant is a corporation, it will be required to secure alternative counsel. While a defendant has a statutory right to represent himself in all courts of the United States, 28 U.S.C. § 1654, the Eleventh Circuit has stated that "[t]he rule is well established that a corporation is an artificial entity that can act only through agents, cannot appear *pro se*, and must be represented by counsel." Palazzo v. Gulf Oil Corp., 764 F.2d 1381, 1385 (11th Cir. 1985). Additionally, Local Rule 2.03(e) states that "[a] corporation may appear and be heard only through counsel admitted to practice in the Court ... " Therefore, upon lift of the stay, Defendant Smith, Dean & Associates, Inc. will be required to hire counsel and file a notice of appearance or to file a motion seeking waiver of this requirement.

Accordingly, after due consideration, it is

**ORDERED**:

1. This case is stayed pursuant to 11 U.S.C. § 362. The clerk is directed to administratively close the file, all deadlines shall be vacated, and all pending motions shall be terminated (and will be re-activated upon re-opening of the case). The parties shall advise the Court when the stay is lifted. If the stay is not lifted within 90 days, the parties shall provide a status update at that time.

2. Defendant's Motion to Withdraw as Counsel (Doc. 26) is **GRANTED**. The law firm of Anderson | Pinkard is hereby relieved of any further responsibility as counsel for Defendant Smith, Dean & Associates, Inc. in this action.

3. Counsel shall forthwith serve a copy of this Order on Defendant and file a certificate verifying such service. Additionally, counsel shall file a certificate informing the Court of Defendant's contact information for all further correspondence.

**DONE AND ORDERED** in Chambers in Jacksonville, Florida this  25th  day of October, 2011.

*Monte C. Richardson*
MONTE C. RICHARDSON
UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of Record