UNITED STATES DISTRIC COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

SHALEAH BLACK

        Plaintiff,

v.                                          Case No. 3:11-cv-00154-MMH-MCR

SMITH, DEAN & ASSOCIATES, INC.,

        Defendants.
_____/

## PLAINTIFF'S RESPONSE TO COURT ORDER ENTERED ON MARCH 1, 2012

Plaintiff, SHALEAH BLACK, ("Plaintiff") by and through the undersigned counsel and at the Request of the Court pursuant to its Order entered on March 1, 2012 states as follows:

1.    All parties in the Smith, Dean & Associates, Inc., Bankruptcy case have filed their claims and are awaiting the filing of Smith, Dean & Associates' Bankruptcy plan.

2.    Smith Dean & Associates' Bankruptcy counsel has indicated to Plaintiff's counsel that he plan on resolving this claim as part of the Bankruptcy plan.

3.    If Plaintiff's claims are resolved as part of the Bankruptcy plan Plaintiff will immediately notify this Court.

BROMAGEN & RATHET, P.A.

_____
JEREMY KESPOHL
Fla. Bar No. 0035979
Attorney for Plaintiff
135 2nd Avenue North, Suite One
Jacksonville Beach, FL  32250
(904) 242-0860  Telephone
(904) 242-0830  Facsimile
Jeremy.Kespohl@Bromagenlaw.com

**CERTIFICATE OF SERVICE**

      I hereby certify that I furnished a true and correct copy of the above and foregoing by regular U.S. Mail on March __5__, 2012 to: SMITH, DEAN & ASSOCIATES, INC., c/o Ronald Smith, Registered Agent, 101 Centry 21 Drive #107, Jacksonville, FL 32216

_____
JEREMY KESPOHL