IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

SHALEAH BLACK,

      Plaintiff,

v.

                                     Case No. 3:11-cv-00154-MMH-MCR

SMITH, DEAN & ASSOCIATES, INC.,

      Defendant.
_____/

## NOTICE OF COMPLIANCE WITH COURT ORDERS

The undersigned former counsel on behalf of the Defendant, SMITH, DEAN & ASSOCIATES, INC., gives notice of Compliance with this Court's Orders, as follows:

    1.    The undersigned counsel previously represented Defendant in twenty-six (26) federal and state court cases in which Defendant had been sued for alleged violations of the Fair Debt Collection Practices Act.

    2.    The undersigned filed motions to withdraw as counsel for Defendant in each of these cases when Defendant declared bankruptcy and counsel could no longer represent Defendant in accordance with the Rules Regulating the Florida Bar.

    3.    The undersigned conducted an investigation after receiving the Order (DE 31) directing the undersigned to comply with the previous Order entered by the Court.

    4.    The undersigned determined that he and his law firm had inadvertently failed to comply with the previous Order (DE 30) granting the Motion to Withdraw in this matter (DE 26).[1]

---

[1] It is possible that this document was forwarded to Defendant as part of the routine communications that were being sent to Defendant at the time however there is no record of DE 30 being sent to Defendant as ordered by the Court.

5. The undersigned further determined that this failure had apparently resulted from the fact that: (a) the undersigned was on vacation from October 25 through October 31, 2011; (b) no action was taken to comply with the Order in the absence of the undersigned; and, (c) the undersigned failed to review the Order and ensure timely compliance.

6. Independent of the foregoing, the undersigned sent each of the orders granting motions to withdraw to Defendant on March 6, 2012, in an abundance of caution to ensure that Defendant was aware that the undersigned was no longer acting as counsel for Defendant.

7. The undersigned certifies that a copy of the Order Granting Motion to Withdraw (DE 30) was included in the documents served on Defendant on March 6, 2012.

8. The undersigned further certifies that the last contact information known for the Defendant is: Ms. Lisa Smith, Smith, Dean & Associates, Inc., 101 Century 21 Drive, #107, Jacksonville, Florida 32216; ruibalwaters@aol.com; telephone: (904) 726-1678; facsimile: (904) 721-3713.

**ANDERSON | PINKARD**

/s/ *Daniel W. Anderson, Esq.*

Daniel W. Anderson, Esq.
Florida Bar No.: 490873
Tracy Martinell Henry, Esq.
Florida Bar No.: 073865
13577 Feather Sound Drive, Suite 670
Clearwater, FL 33762
Telephone No.: (727) 329-1999
facsimile No.: (727) 329-1499
E-Mail: danderson@floridalawpartners.com
thenry@floridalawpartners.com

-3-

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 7th day of March, 2012, I caused the foregoing Notice of Compliance with Court Orders to be electronically filed with the Clerk of the Court using CM/ECF system which will provide notice of such filing to the following counsel of record:

Jeremy Kespohl, Esq.
Bromagen & Rathet, P.A.
135 2nd Avenue North, Suite One
Jacksonville, FL  32250
*Attorneys for the Plaintiff*

Jason A. Burgess, Esq.
2350 Park Street
Jacksonville, FL  32204
*Bankruptcy Counsel for Defendant*

I FURTHER CERTIFY that on the 7th day of March, 2012, I sent a copy of the foregoing via U.S. Mail to Defendant/Debtor at the following address:

Lisa Smith
Smith, Dean & Associates, Inc.
101 Century 21 Drive, #107
Jacksonville, Florida 32216

*/s/ Daniel W. Anderson, Esq.*
Daniel W. Anderson, Esq.